# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**WALTER TRAVIS**                                                                                                   **PLAINTIFF**

v.                                    Case No. 2:20-cv-00091 KGB

**ONIEL REYES LEYVA,** *et al.*                                                                          **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 19). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this 3rd day of May, 2021.

_____
Kristine G. Baker
United States District Judge